560 A.2d 128

**FR & S, INC., a Pennsylvania Corporation**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES.**

**Appeal of COMMONWEALTH, DEPARTMENT OF ENVIRONMENTAL RESOURCES AND ENVIRONMENTAL HEARING BOARD.**

Supreme Court of Pennsylvania.

Argued May 3, 1989.

Decided June 2, 1989.

Andrew H. Cline, Timothy D. Searchinger, Deputy General Counsel, Harrisburg, for EHB.

John R. McKinstry, Asst. Counsel, Harrisburg, Vincent M. Pompo, Philadelphia, for DER.

William F. Fox, Norristown, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Orders affirmed.